UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM FRANCIS ROBERTS,

    Plaintiff,

v.                                       CASE NO. 6:06-cv-1445-Orl-19KRS

CYNTHIA CLIFFORD, et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 22, 2006, the Court ordered Plaintiff to file an amended complaint (Doc. No. 4). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1.    This case is hereby **DISMISSED** without prejudice.

2.    The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this __17th__ day of October, 2006.

                                                    PATRICIA C. FAWSETT, CHIEF JUDGE
                                                    UNITED STATES DISTRICT COURT

Copies to:

sa 10/17
William Francis Roberts